JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY PHILYAW, | ) | NO. CV 20-4436-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RAYMOND MADDEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 14, 2021.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE